IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: RAYMOND F MILLER ) Case no. 13-12375-13 *Electronically Filed*
) Chapter 13
Debtor(s) )

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR(S)

Pursuant to information received by the Standing Chapter 13 Trustee please enter the following change of address in the records of the above referenced case:

        1321 S 6TH ST E
        LOUISBURG, KS 66053-4001

        *s/Laurie B. Williams*
        Laurie B. Williams, S. Ct. #12868
        Standing Chapter 13 Trustee
        300 W. Douglas Ave., Suite 650
        Wichita KS 67202-2916
        lbwsig@wichita13trustee.com
        (316) 267-1791

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Change of Address was served, either electronically via the CM/ECF system of the United States Bankruptcy Court for the District of Kansas and/or was mailed by US Mail, postage prepaid, on July 3, 2014, properly addressed to each of the following:

OFFICE OF THE US TRUSTEE        DAVID J LUND
301 N MAIN #1150        ATTORNEY AT LAW
WICHITA KS 67202        P O BOX 635
        WICHITA, KS 67201-0635

        *s/Amanda E. Forbes*
        Amanda E. Forbes, Claim Administrator